# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:23-cr-00076 |
| v. ) | |
| ) | Dist. Judge Travis R. McDonough |
| MATTHEW CHARLES ANDERSON ) | |
| ) | Mag. Judge Christopher H. Steger |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 8) recommending that the Court: (1) accept Defendant's guilty plea to Count One of the one count Information; (2) adjudicate Defendant guilty of possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1); and (3) order that Defendant remain in custody pending further order of this Court.

Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 8) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's plea of guilty to Count One of the one count Information is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g)(1);

3. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter which is scheduled to take place **March 7, 2024, at 2:00 p.m**. before the undersigned United States District Judge.

**SO ORDERED.**

/s/ *Travis R. McDonough*
TRAVIS R. MCDONOUGH
UNITED STATES DISTRICT JUDGE